Page 25-1654, Mercy Health Network v. Mercy Hospital, Iowa City, Iowa Page 25-1654, Mercy Hospital, Iowa City,